Seth M. Lehrman (SBN 178303)
seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

*Attorneys for Plaintiff
Retina Associates Medical Group, Inc.
additional attorneys listed below*

Eric J. Troutman (SBN 229263)
eric.troutman@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone:  213-689-6510
Facsimile: 213-623-4581

*Attorneys for Defendants Scientiae, LLC and Montefiore Medicine Academic Health System, Inc., f/k/a Albert Einstein College of Medicine d/b/a Albert Einstein College of Medicine
additional attorneys listed below*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RETINA ASSOCIATES MEDICAL GROUP, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCIENTIAE, LLC, and MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., f/k/a ALBERT EINSTEIN COLLEGE OF MEDICINE, INC., d/b/a ALBERT EINSTEIN COLLEGE OF MEDICINE,<br><br>Defendants. | CASE NO.  8:19-cv-01709-DOC-ADS<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint filed: September 6, 2019<br><br>Hon. David O. Carter |

1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 16-15.7 and 40-2, Plaintiff Retina Associates Medical Group, Inc. and Defendants Scientiae, LLC, and Montefiore Medicine Academic Health System, Inc., f/k/a Albert Einstein College of Medicine, Inc., d/b/a Albert Einstein College of Medicine, hereby inform the Court that they have reached a proposed class-wide settlement at court-ordered mediation, in this matter.

The parties are presently drafting, finalizing, and executing the formal settlement documents. Plaintiff will move for preliminary approval within thirty days.

DATED: January 5, 2021        EDWARDS POTTINGER LLC.

By: */s/ Seth M. Lehrman*
    Seth M. Lehrman
    Attorney for Plaintiff
    Retina Associates Medical Group, Inc.

Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone: 877-206-4741
Facsimile: 866-633-0228

Ronald J. Eisenberg (Pro Hac Vice)
reisenberg@sl-lawyers.com
SCHULTZ & ASSOCIATES LLP
640 Cepi Drive, Suite A
Chesterfield, MO 63005-1221
Telephone: 636-537-4645
Facsimile: 636-537-2599

| | | |
|---|---|---|
| 1 | DATED: January 5, 2021 | SQUIRE PATTON BOGGS (US) LLP |

By: */s/ Eric J. Troutman*
Eric J. Troutman
Attorneys for Defendants
Scientiae, LLC, and Montefiore Medicine Academic Health System, Inc., f/k/a Albert Einstein College of Medicine, Inc., d/b/a Albert Einstein College of Medicine

Jason M. Ingber (SBN318323)
jason.ingber@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone:  213-689-6510
Facsimile: 213-623-4581

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to Eric J. Troutman, attorney for Defendants, and that I obtained Mr. Troutman's authorization to file this document.

By: */s/ Seth M. Lehrman*
Seth M. Lehrman