UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RETINA ASSOCIATES MEDICAL GROUP, INC., individually and on behalf of all others similarly situated, | CASE NO. 8:19-cv-01709-DOC -(ADSx) |
| Plaintiff, | **[ORDER GRANTING** |
| v. | **EXTENSION TO FILE MOTION FOR PRELIMINARY APPROVAL** |
| SCIENTIAE, LLC, and MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., f/k/a ALBERT EINSTEIN COLLEGE OF MEDICINE, | **[48]**<br><br>**Hon. David O. Carter** |
| Defendants. | |

## ORDER

The Court, having considered the Joint Stipulation for Order Granting Extension to File Motion for Preliminary Approval, and for good cause shown, hereby **GRANTS** the stipulation.

Plaintiff shall file its Motion for Preliminary Approval of Settlement through and including February 12, 2021.

It is so ORDERED.

Dated: February 4, 2021

_David O. Carter_

Honorable David O. Carter
United States District Court Judge