UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RETINA ASSOCIATES MEDICAL GROUP, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCIENTIAE, LLC, and MONTEFIORE MEDICINE ACADEMIC HEALTH SYSTEM, INC., f/k/a ALBERT EINSTEIN COLLEGE OF MEDICINE,<br><br>Defendants. | CASE 8:19-cv-01709-DOC -ADSx<br><br>[ORDER GRANTING<br><br>ADDITIONAL EXTENSION TO FILE MOTION FOR PRELIMINARY APPROVAL [50]<br><br>Hon. David O. Carter |

### ORDER

The Court, having considered the Joint Stipulation for Order Granting Additional Extension to File Motion for Preliminary Approval, and for good cause shown, hereby **GRANTS** the stipulation.

Plaintiff shall file its Motion for Preliminary Approval of Settlement through and including February 16, 2021.

It is so ORDERED.

Dated: February 12, 2021

*David O. Carter*

Honorable David O. Carter
United States District Court Judge